**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>EASTERN DISTRICT OF TEXAS<br>SHERMAN DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Martin, Jr., Louis E.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-8794** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**2340 Briar Ct.**<br>**Frisco, TX**<br><br>ZIP CODE **75034** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Denton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2340 Briar Ct.**<br>**Frisco, TX**<br><br>ZIP CODE **75034** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                                                                                                                                                        Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Louis E. Martin, Jr.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  **X**_____  Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.6.1, ID 1197942917)*

B1 (Official Form 1) (04/13)                                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s):   **Louis E. Martin, Jr.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Louis E. Martin, Jr.**
_____
**Louis E. Martin, Jr.**

X _____

_____
Telephone Number (If not represented by attorney)

**6/18/2015**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X  **/s/ Herman A. Lusky**
_____
**Herman A. Lusky**                Bar No. **12702000**

**Lusky & Associates, P.C.**
**12720 Hillcrest Rd., Ste. 270**
**Dallas, TX 75230**

Phone No. **(972) 386-3900**        Fax No. **(800) 208-6389**

**6/18/2015**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Address

X _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In re:   **Louis E. Martin, Jr.**                                    Case No. _____

                                                                                                    (if known)

                   Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:   **Louis E. Martin, Jr.**                                          Case No. _____

                                                                                          (if known)

                Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Louis E. Martin, Jr.**_____
                               Louis E. Martin, Jr.

Date:      **6/18/2015**_____

B6A (Official Form 6A) (12/07)

In re  **Louis E. Martin, Jr.**                                      Case No. _____

                                                                            (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Homestead<br>2340 Briar Ct.<br>Frisco, TX 75034<br>(Value from Denton CAD) | Fee Simple | C | $428,655.00 | $343,171.00 |
| | | | **Total:** $428,655.00 | |

Total:  **$428,655.00**

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Louis E. Martin, Jr.**                                    Case No. _____

                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | C | $500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo (Joint Checking) | C | $350.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Master Bedroom:<br>King sized bed, (7) years old w/ headboard  200<br>Chaise lounge, (8) years old  100<br>T.V. 60" Vizio (1) year old  200<br>T.V. stand, (1) year old  50<br>Nightstands, (2) identical  100<br>Lamps, two (1) year old T.J. Max  30<br>Rug under Bed  20 | C | $700.00 |
| | | Master Bathroom:<br>Hairdryers, towels, wives make up, magnified mirror light, LED scale, Useable products for cleanliness, two small throw rugs, | C | $30.00 |
| | | Mini Warehouse (Advantage Storage)<br>Total Flares 6-8 Packs;<br>Battery Led Flares;<br>Pro fones;<br>Four chrome rims Rover | C | $1,215.00 |
| | | Storage shed at house:  LED Flares; lawnmower; rakes; shovels; trimmer; old computer monitor; chair | H | $225.00 |
| | | Angled couch W/(17) pillows (6) years old $350 | C | $2,105.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Louis E. Martin, Jr.**                                      Case No. _____

                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | (5) Barstools same $250<br>Metal coffee table $100<br>70" Sharp T.V. mounted (4) years old $400<br>48" Wooden table, 100.00 W/ (2) chairs 50.00 each $200<br>(1) landscape painting of Florida landscape 300<br>(1) grate covering fire place $30<br>(1) Fake brass wall art $10<br>Assorted Home goods decorative items (18) 10.00 ea $180<br>(1) Murano crystal sea horse in lava rock $50<br>(1) T.V. monitor amp $100<br>(1) VCS Blue ray $25<br>HWJ | | |
| | | (1) non working Grandfather clock **from Wife's Fathers passing (separate property of wife; listed for diisclosure purposes only) | W | $150.00 |
| | | Kitchen:<br>Dishes, silver ware, glasses, bowls, cooking utensils, Fax, Dolphin paper towel holder,<br>Crock pot, Desk chair, toaster, deep fryer, Brooms, mops, fruit bowl holder, eating utensils, forks, knives, spoons.<br>HOome goods items<br>NOTE: No real silver, or valuable kitchen items exist here, all used/basic. | C | $410.00 |
| | | Eat In Area:<br>Granite table, and four chairs  500<br>(2) lamps Home goods  20<br>Buffet table  50<br>Fake white flowers, and vase on Buffet  15<br>Fake yellow flowers, and glass vase of table  25 | C | $610.00 |
| | | Dining Room:<br>Rooms to go wooden dining table w/(6) chairs  300<br>Large Buffet  200<br>Circular mirror on Buffet  200<br>(2) large 3'/4' candle sticks W/ LED fake candles, also on | C | $925.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Louis E. Martin, Jr.**                                        Case No. _____

                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Buffet  80<br>Extra living room chair to set in this room  30<br>(2) Glass, and metal candle stick holders on table  30<br>(1) Fake flowers mix in glass vase  25<br>Tray table with two drawers  50<br>Home goods item on tray table decoration  10<br><br>Formal Dining room:<br>Rooms to go wooden dining table w/(6) chairs HWJ 300<br>Large Buffet HWJ 200<br>Circular mirror on Buffet HWJ 200<br>(2) large 3'/4' candle sticks W/ LED fake candles, also on Buffet HWJ 80<br>Extra living room chair to set in this room HWJ 30<br>(2) Glass, and metal candle stick holders on table HWJ 30<br>(1) Fake flowers mix in glass vase HWJ 25<br>Tray table with two drawers HWJ 50<br>Home goods item on tray table decoration HWJ 10 | C | $925.00 |
| | | Family Room/Office:<br>Rooms to Go sectional couch W/ matching padded dual use coffee table or section, and two pillows $300<br>Fake flowers in pot metal holder $10<br>Service tray $10<br>Wine chiller refrigerator for wine, hold approx: 24 bottles $100<br>10' Fake palm tree $50<br>Cigar humidor 1' x 1" $20<br>Picture hanging of a tree Home goods $30<br>Coaster like horseshoes bought at south fork ranch novelty $10<br>Framed art signed by Frank Sinatra, Dean Martin, and, Sammy Davis $250<br>Memorex T.V. built in VCR, Approx: 35" $50 | C | $680.00 |
| | | Bedroom 2:  20 year old daughter's bedroom.  She purchased furniture and lives at home. Debtors have no ownership or control over that bedroom furniture, etc.  It is | - | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Louis E. Martin, Jr.**                           Case No. _____

                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | listed here for disclosure purposes only. | | |
| | | Bedroom 3:<br>Double bed  40<br>Dresser/mirror  40<br>Nightstand  20<br>T.V. Approx: 40" Vizio  50<br>Lamp HWJ 10<br>Chest of drawers  40 | C | $200.00 |
| | | Bedroom 4:<br>Bed queen size  40<br>T.V. Element brand 32"  30<br>(2) Exact nightstands poor shape 10.00ea.  20<br>X-Box 360  40<br>Framed picture of a boat  10<br>Hand painted picture of a swamp  25<br>Chest of drawers  30 | C | $195.00 |
| | | Upstairs Hall:<br>Desk  100<br>Chair  25<br>Lamp, desk  5<br>Misc desk supplies/unsaleable  0<br>Crystal gift from Chine on desk paper weight  50<br>Printer officejet 6700  25<br>table printer sits on wood  10 | C | $215.00 |
| | | Outside rec furniture:<br>One swivel chair with pads 20<br>One stationary chair with pads  20<br>One padded leg rest for chair  20 | C | $60.00 |
| | | Garage Stuff | C | $270.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Louis E. Martin, Jr.**

Case No. _____
    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc Downstairs art:<br>Landscape painting of a Royal poinciana tree, in hall 100<br>Painted picture of a Hawaii beach, in hall 50<br>Hung art of a Fleur de lis W/ a cross 25<br>Amateur painted picture from Home Goods of woman playing bass 25 | C | $200.00 |
| 6. Wearing apparel. | | Clothes | W | $1,000.00 |
| | | Clothes | H | $30.00 |
| 7. Furs and jewelry. | | (2) Gold watch links H 100<br>(1) Emerald silver ring, paid $800.00  200<br>(1) 1883 Liberty Five dollar gold piece U.S  300<br>(1) 1886 Liberty Five dollar pendant w/(11) 2pt diamonds 400<br>Pair of cufflinks, metal, fake blue stone  10<br>older 18mm watch bands, (2)  50<br>(1) Gold solidus coin 610-640 A.D. Heraclius  400<br>(1) Julius Caesar silver imperator denarius 46 b.c. coin  300<br>(1) Baume Mercier Avant Garde watch $200 | H | $2,010.00 |
| | | (1) Bvlgari Watch Silver, heirloom from Mother's passing 500<br>(1) 1980's Rolex watch 18K & SS date just Heirloom left from Mother  500<br>Assorted used costume Jewelry, earrings, necklaces, bracelets rings  300<br>NOTE: No wedding rings wife sold hers years ago to help. | H | $1,300.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Golf Clubs & Shoes | C | $100.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Louis E. Martin, Jr.**                                    Case No. _____

                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Lincoln Benefit Life (Term - No Cash Value) | C | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Louis E. Martin, Jr.**                                                      Case No. _____

                                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See Attached B 22 | C | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Louis E. Martin, Jr.**                                          Case No. _____

                                                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Jaguar (value KBB) | H | $11,785.00 |
| | | 2008 Range Rover (value KBB) | W | $29,329.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 dogs | H | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____7_____ continuation sheets attached                    **Total >**       **$55,519.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Martin B-22 Patents, etc.

| Patent Title: | Patent issue date: | Patent number: | Patent owner(s) |
| --- | --- | --- | --- |
| 1.)Front Cover for a handset Jr | 12/16/03 | D483751 | Chuck Clark, Lou Martin, |
| 2.)Front Cover for a handset Jr | 12/23/03 | D484121 | Chuck Clark, Lou Martin, |
| 3.)Front Cover for a handset Jr | 12/23/03 | D484122 | Chuck Clark, Lou Martin, |
| 4.)Front Cover for a handset Jr | 01/27/04 | D485831 | Chuck Clark, Lou Martin, |
| 5.)Front Cover for a handset Jr | 06/22/04 | D491931 | Chuck Clark, Lou Martin, |
| 6.)Beverage Dispenser Jr | 06/15/04 | D491408 | Chuck Clark, Lou Martin, |

B6C (Official Form 6C) (4/13)

In re  **Louis E. Martin, Jr.**                                    Case No. _____
                                                                            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*

☐  11 U.S.C. § 522(b)(2)
☒  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Homestead<br>2340 Briar Ct.<br>Frisco, TX 75034<br>(Value from Denton CAD) | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $85,484.00 | $428,655.00 |
| Master Bedroom:<br><br>King sized bed, (7) years old w/ headboard  200<br>Chaise lounge, (8) years old  100<br>T.V. 60" Vizio (1) year old  200<br>T.V. stand, (1) year old  50<br>Nightstands, (2) identical  100<br>Lamps, two (1) year old T.J. Max  30<br>Rug under Bed  20 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $700.00 | $700.00 |
| Master Bathroom:<br><br>Hairdryers, towels, wives make up, magnified mirror light, LED scale, Useable products for cleanliness, two small throw rugs, | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $30.00 | $30.00 |
| Mini Warehouse (Advantage Storage)<br>Total Flares 6-8 Packs;<br>Battery Led Flares;<br>Pro fones;<br>Four chrome rims Rover | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,215.00 | $1,215.00 |
| Storage shed at house:  LED Flares; lawnmower; rakes; shovels; trimmer; old computer monitor; chair | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $225.00 | $225.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$87,654.00** | **$430,825.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Louis E. Martin, Jr.**                                     Case No. _____
                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Angled couch W/(17) pillows (6) years old $350<br>(5) Barstools same $250<br>Metal coffee table $100<br>70" Sharp T.V. mounted (4) years old $400<br>48" Wooden table, 100.00 W/ (2) chairs 50.00 each $200<br>(1) landscape painting of Florida landscape 300<br>(1) grate covering fire place $30<br>(1) Fake brass wall art $10<br>Assorted Home goods decorative items (18) 10.00 ea $180<br>(1) Murano crystal sea horse in lava rock $50<br>(1) T.V. monitor amp $100<br>(1) VCS Blue ray $25<br>HWJ | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $2,105.00 | $2,105.00 |
| (1) non working Grandfather clock **from Wife's Fathers<br>passing (separate property of wife; listed for diisclosure purposes only) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Kitchen:<br>Dishes, silver ware, glasses, bowls, cooking utensils, Fax, Dolphin paper towel holder, Crock pot, Desk chair, toaster, deep fryer, Brooms, mops,<br>fruit bowl holder, eating utensils, forks, knives, spoons.<br>HOome goods items<br>NOTE: No real silver, or valuable kitchen items exist here, all used/basic. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $410.00 | $410.00 |
| Eat In Area:<br>Granite table, and four chairs  500<br>(2) lamps Home goods  20<br>Buffet table  50 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $610.00 | $610.00 |
| | | **$90,929.00** | **$434,100.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Louis E. Martin, Jr.**                    Case No. _____

                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Fake white flowers, and vase on Buffet  15<br>Fake yellow flowers, and glass vase of table  25<br><br>Dining Room:<br>Rooms to go wooden dining table w/(6) chairs 300<br>Large Buffet  200<br>Circular mirror on Buffet  200<br>(2) large 3'/4' candle sticks W/ LED fake candles, also on Buffet  80<br>Extra living room chair to set in this room  30<br>(2) Glass, and metal candle stick holders on table  30<br>(1) Fake flowers mix in glass vase  25<br>Tray table with two drawers  50<br>Home goods item on tray table decoration  10 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $925.00 | $925.00 |
| Formal Dining room:<br>Rooms to go wooden dining table w/(6) chairs HWJ 300<br>Large Buffet HWJ 200<br>Circular mirror on Buffet HWJ 200<br>(2) large 3'/4' candle sticks W/ LED fake candles, also on Buffet HWJ 80<br>Extra living room chair to set in this room HWJ 30<br>(2) Glass, and metal candle stick holders on table HWJ 30<br>(1) Fake flowers mix in glass vase HWJ 25<br>Tray table with two drawers HWJ 50<br>Home goods item on tray table decoration HWJ 10 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $925.00 | $925.00 |
| Family Room/Office:<br>Rooms to Go sectional couch W/ matching padded dual use coffee table or section, and two pillows $300<br>Fake flowers in pot metal holder $10 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $680.00 | $680.00 |
| | | **$93,459.00** | **$436,630.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Louis E. Martin, Jr.**                          Case No.   _____
                                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Service tray $10<br>Wine chiller refrigerator for wine, hold approx: 24 bottles $100<br>10' Fake palm tree $50<br>Cigar humidor 1' x 1" $20<br>Picture hanging of a tree Home goods $30<br>Coaster like horseshoes bought at south fork ranch novelty $10<br>Framed art signed by Frank Sinatra, Dean Martin, and, Sammy Davis $250<br>Memorex T.V. built in VCR, Approx: 35" $50 | | | |
| Bedroom 3:<br>Double bed  40<br>Dresser/mirror  40<br>Nightstand  20<br>T.V. Approx: 40" Vizio  50<br>Lamp HWJ 10<br>Chest of drawers  40 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Bedroom 4:<br><br>Bed queen size  40<br>T.V. Element brand 32"  30<br>(2) Exact nightstands poor shape 10.00ea.  20<br>X-Box 360  40<br>Framed picture of a boat  10<br>Hand painted picture of a swamp  25<br>Chest of drawers  30 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $195.00 | $195.00 |
| Upstairs Hall:<br>Desk  100<br>Chair  25<br>Lamp, desk  5<br>Misc desk supplies/unsaleable  0<br>Crystal gift from Chine on desk paper weight 50 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $215.00 | $215.00 |
| | | **$94,069.00** | **$437,240.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Louis E. Martin, Jr.**                                                Case No. _____

                                                                                                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Printer officejet 6700  25<br>table printer sits on wood  10<br><br>Outside rec furniture:<br>One swivel chair with pads 20<br>One stationary chair with pads  20<br>One padded leg rest for chair  20 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $60.00 | $60.00 |
| Garage Stuff | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $270.00 | $270.00 |
| Misc Downstairs art:<br>Landscape painting of a Royal poinciana tree, in hall 100<br>Painted picture of a Hawaii beach, in hall 50<br>Hung art of a Fleur de lis W/ a cross 25<br>Amateur painted picture from Home Goods of woman playing bass 25 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Clothes | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $1,000.00 | $1,000.00 |
| Clothes | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $30.00 | $30.00 |
| (2) Gold watch links H 100<br>(1) Emerald silver ring, paid $800.00  200<br>(1) 1883 Liberty Five dollar gold piece U.S  300<br>(1) 1886 Liberty Five dollar pendant w/(11) 2pt diamonds 400<br>Pair of cufflinks, metal, fake blue stone  10<br>older 18mm watch bands, (2)  50<br>(1) Gold solidus coin 610-640 A.D. Heraclius 400<br>(1) Julius Caesar silver imperator denarius 46 b.c. coin  300<br>(1) Baume Mercier Avant Garde watch $200 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $2,010.00 | $2,010.00 |
| | | **$97,639.00** | **$440,810.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Louis E. Martin, Jr.**                                        Case No. _____
                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| (1) Bvlgari Watch Silver, heirloom from Mother's passing  500<br>(1) 1980's Rolex watch 18K & SS date just Heirloom left from Mother  500<br>Assorted used costume Jewelry, earrings, necklaces, bracelets rings  300<br>NOTE: No wedding rings wife sold hers years ago to help. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $1,300.00 | $1,300.00 |
| Golf Clubs & Shoes | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(7) | $100.00 | $100.00 |
| Lincoln Benefit Life (Term - No Cash Value) | Tex. Ins. Code §§ 1108.001, 1108.051 | $0.00 | $0.00 |
| 1994 Jaguar<br>(value KBB) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $11,785.00 | $11,785.00 |
| 2008 Range Rover<br>(value KBB) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $29,329.00 | $29,329.00 |
| 2 dogs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(11) | $0.00 | $0.00 |
| | | **$140,153.00** | **$483,324.00** |

B6D (Official Form 6D) (12/07)

In re  **Louis E. Martin, Jr.**                                Case No. _____
                                                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**J.S.C.A, Inc.**<br>**901 S. W. Martin Downs Blvd.**<br>**Palm City, FL 34990** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**1st Lien Deed of Trust**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br>**Denton deed records show a Deed of Trust to secure a note in the original amount of $253,028.  However there is a second lien to the same creditor to make up the amount shown.**<br><br>VALUE:  **$428,655.00** | | | | $343,171.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | $343,171.00 | $0.00 |
| | | | Total (Use only on last page) > | | | | $343,171.00 | $0.00 |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  **Louis E. Martin, Jr.**                                      Case No. _____
                                                                                       (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Louis E. Martin, Jr.**                                     Case No. _____
                                                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx7277**<br>**Ameripath**<br>**P. O. Box 830913**<br>**Birmingham, AL 35282** | | C | DATE INCURRED:  **6/21/2012**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $429.49 |
| ACCT #:  **xxxxx4571**<br>**Baylor Centralized Business Serv.**<br>**2001 Bryan St., #2600**<br>**Dallas, TX 75201** | | C | DATE INCURRED:  **6/21/2012**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $9,885.22 |
| ACCT #:  **xxxxxxxx1904**<br>**Baylor Med Center @ Frisco**<br>**5601 Warren Pkwy.**<br>**Frisco, TX 75034** | | C | DATE INCURRED:  **7/16/2014**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $3,814.20 |
| ACCT #:  **xxxxxxxxxxxx5927**<br>**Citibank/The Home Depot**<br>**Citicorp Credit Srvs/Centralized Bankrup**<br>**PO Box 790040**<br>**Saint Louis, MO 63179** | | C | DATE INCURRED:  **05/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Barred by Limitations** | | | X | $1,190.00 |
| ACCT #:  **xxxxxx2345**<br>**COSERV c/o Crd Prt Asso**<br>**Attn: Bankruptcy**<br>**PO Box 802068**<br>**Dallas, TX 75380** | | C | DATE INCURRED:  **08/2010**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Barred by Limitations** | | | X | $263.00 |
| ACCT #:  **xxxx5413**<br>**Ford Motor Credit Corporation**<br>**Ford Motor Credit**<br>**PO Box 6275**<br>**Dearborn, MI 48121** | | C | DATE INCURRED:  **07/2007**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS:<br>**Barred by Limitations** | | | X | $10,956.00 |
| | | | | | | Subtotal > | $26,537.91 |

_____**4**_____continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Louis E. Martin, Jr.**                                      Case No. _____

                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx x7759**<br>**Frisco, City of**<br>**Fire Department**<br>**555 Pleasantville Rd., Ste. 110, N. Bldg**<br>**Briarcliff Manor, NY 10510** | | C | DATE INCURRED:  **4/12/14**<br>CONSIDERATION:<br>**Medical Services (Transportation)**<br>REMARKS: | | | | $600.00 |
| ACCT #:  **xxx6336**<br>**LHR Inc**<br>**56 Main Street**<br>**Hamburg, NY 14075** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS:<br>**Original:  Capital Card Svcs.** | | | | $619.00 |
| ACCT #:  **xxxxxxxxxxxx4636**<br>**Lvnv Funding Llc**<br>**Po Box 10497**<br>**Greenville, SC 29603** | | C | DATE INCURRED:  **06/2009**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS:<br>**Orig: Credit One Bank, NA**<br>**Barred by Limitations** | | | X | $1,686.00 |
| ACCT #:<br>**Lynn Tillotson Pinker Cox, LLP**<br>**2100 Ross Ave., Ste. 2700**<br>**Dallas, TX 75201** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $233,830.21 |
| ACCT #:  **xxxxxxxxxxxx7448**<br>**Merrick Bk**<br>**Attn: Bankruptcy**<br>**P.O. Box 9201**<br>**Old Bethpage, NY 11804** | | C | DATE INCURRED:  **07/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Barred by Limitations** | | | X | $1,619.00 |
| ACCT #:  **xxxxxx6934**<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | | C | DATE INCURRED:  **11/2013**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS:<br>**(Wells Fargo Bank)** | | | | $5,842.00 |

Sheet no. ____1____ of ____4____ continuation sheets attached to          **Subtotal >**          $244,196.21
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        **Total >**
                                                       **(Use only on last page of the completed Schedule F.)**
                                           **(Report also on Summary of Schedules and, if applicable, on the**
                                               **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Louis E. Martin, Jr.**                                   Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx5857<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | | C | DATE INCURRED:  **01/2012**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS:<br>**(CIT Bank)** | | | | $4,088.00 |
| ACCT #:  xxxxxx5307<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | | C | DATE INCURRED:  **09/2013**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS:<br>**(GE Money Bank)** | | | | $1,128.00 |
| ACCT #:  xxxxxx1806<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | | C | DATE INCURRED:  **05/2012**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS:<br>**(GE Money Bank)** | | | | $638.00 |
| ACCT #:  xxxxxxx3987<br>**Millennium Financial G**<br>**5770 Nw Expressway Ste 1**<br>**Warr Acres, OK 73132** | | C | DATE INCURRED:  **12/2012**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**(Legacy Visa)** | | | | $500.00 |
| ACCT #:  xxxx4958<br>**Ncofin/sst**<br>**4315 Pickett Rd**<br>**Saint Joseph, MO 64503** | | C | DATE INCURRED:  **07/2009**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**(Providian Bank)**<br>**Barred by Limitations** | | | X | $2,018.00 |
| ACCT #:  xxx6446<br>**Pinnacle Partners in Medicine**<br>**P. O. Box 830913**<br>**Birmingham, AL 35283** | | C | DATE INCURRED:  **6/21/2012**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $1,572.00 |

Sheet no. ___2___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $9,944.00

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Louis E. Martin, Jr.**                                      Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxx9740**<br>**Portfolio Recovery**<br>**Attn: Bankruptcy**<br>**PO Box 41067**<br>**Norfolk, VA 23541** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS:<br>**(Capital One Bank)** | | | | $1,349.00 |
| ACCT #:  **xxxxxxxxxxxx8770**<br>**Portfolio Recovery**<br>**Attn: Bankruptcy**<br>**PO Box 41067**<br>**Norfolk, VA 23541** | | C | DATE INCURRED:  **08/2012**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS:<br>**(Capital One Bank)** | | | | $1,253.00 |
| ACCT #:  **xxxxxxxxxxxx8940**<br>**Portfolio Recovery**<br>**Attn: Bankruptcy**<br>**PO Box 41067**<br>**Norfolk, VA 23541** | | C | DATE INCURRED:  **12/2009**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS:<br>**(HSBC Bank Nevada, NA)**<br>**Barred by Limitations** | | | X | $839.00 |
| ACCT #:  **xxxxxxxxxxxx9162**<br>**Portfolio Recovery**<br>**Attn: Bankruptcy**<br>**PO Box 41067**<br>**Norfolk, VA 23541** | | C | DATE INCURRED:  **09/2011**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS:<br>**(World Financial Capital Bank)** | | | | $456.00 |
| ACCT #:  **xxxxxx3761**<br>**Texas Health Pres. Plano**<br>**P. O. Box 910812**<br>**Dallas, TX 75391** | | C | DATE INCURRED:  **4/16/2014**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $3,250.00 |
| ACCT #:  **xxxious**<br>**Texas Radiology**<br>**Cmre Financial Services Inc**<br>**3075 E Imperial Hwy Ste 200**<br>**Brea, CA 92821** | | C | DATE INCURRED:  **12/2013**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $1,451.00 |

Sheet no. _____3_____ of _____4_____ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                    $8,598.00

Total >

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the**

**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Louis E. Martin, Jr.**                                      Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**U. S. Merchants Financial Group, Inc.**<br>**8737 Wilshire Blvd**<br>**Beverly Hills, CA 90211** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS:<br>**Original Judgment was $271,679 in 2004 and accumulates interest. Amount of debt shown is estimated.** | | | | **$1,000,000.00** |
| **Representing:**<br>**U. S. Merchants Financial Group, Inc.** | | | **Dunn & Sheehan, LLP**<br>**3400 Carlisle St., #200**<br>**Dallas, TX 75204** | | | | **Notice Only** |
| ACCT #:  **xxx5955**<br>**United Revenue Corp**<br>**Attention:  Office Manager**<br>**204 Billings St. Suite 120**<br>**Arlington, TX 76010** | | C | DATE INCURRED:  **07/2014**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**TEXAS MEDICINE RESOURCES** | | | | **$998.00** |
| ACCT #:  **xxx0538**<br>**United Revenue Corp**<br>**Attention:  Office Manager**<br>**204 Billings St. Suite 120**<br>**Arlington, TX 76010** | | C | DATE INCURRED:  **10/2013**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**INNOVATIVE EMERG** | | | | **$851.00** |
| ACCT #:  **xxxxxx7245**<br>**Wffnb/mattress Giant**<br>**Cscl Dispute Team**<br>**Des Moines, IA 50306** | | C | DATE INCURRED:  **07/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Barred by Limitations** | | | X | **$3,013.00** |
| | | | | | | | |

Sheet no. ____4____ of ____4____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| **Subtotal >** | **$1,004,862.00** |
| **Total >** | **$1,294,138.12** |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

## **ADDENDUM/NOTES  TO SCHEDULE D, E, and F**

The information contained on Schedules D, E, and F are generally supplied by the creditor/claimant.  The debtor has not had access to all of the information that goes into the calculation of the amount owed and reserves the right to object to the claim as being incorrect as to amount, usurious, or any other objection that may be appropriate.

B6G (Official Form 6G) (12/07)

In re  **Louis E. Martin, Jr.**                                          Case No. _____
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Louis E. Martin, Jr.**                                                    Case No. _____
                                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Ameripath**<br>P. O. Box 830913<br>Birmingham, AL 35282 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Baylor Centralized Business Serv.**<br>2001 Bryan St., #2600<br>Dallas, TX 75201 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Baylor Med Center @ Frisco**<br>5601 Warren Pkwy.<br>Frisco, TX 75034 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Citibank/The Home Depot**<br>Citicorp Credit Srvs/Centralized Bankrup<br>PO Box 790040<br>Saint Louis, MO 63179 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **COSERV c/o Crd Prt Asso**<br>Attn: Bankruptcy<br>PO Box 802068<br>Dallas, TX 75380 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Dunn & Sheehan, LLP**<br>3400 Carlisle St., #200<br>Dallas, TX 75204 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Louis E. Martin, Jr.**                                    Case No. _____
                                                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Ford Motor Credit Corporation**<br>Ford Motor Credit<br>PO Box 6275<br>Dearborn, MI 48121 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Frisco, City of**<br>Fire Department<br>555 Pleasantville Rd., Ste. 110, N. Bldg<br>Briarcliff Manor, NY 10510 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **J.S.C.A, Inc.**<br>901 S. W. Martin Downs Blvd.<br>Palm City, FL 34990 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **LHR Inc**<br>56 Main Street<br>Hamburg, NY 14075 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Lvnv Funding Llc**<br>Po Box 10497<br>Greenville, SC 29603 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Lynn Tillotson Pinker Cox, LLP**<br>2100 Ross Ave., Ste. 2700<br>Dallas, TX 75201 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Merrick Bk**<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Louis E. Martin, Jr.**                                              Case No. _____
                                                                                                          (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Midland Funding**<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Midland Funding**<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Midland Funding**<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Midland Funding**<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Millennium Financial G**<br>5770 Nw Expressway Ste 1<br>Warr Acres, OK 73132 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Ncofin/sst**<br>4315 Pickett Rd<br>Saint Joseph, MO 64503 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Pinnacle Partners in Medicine**<br>P. O. Box 830913<br>Birmingham, AL 35283 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Louis E. Martin, Jr.**                                    Case No. _____
                                                                                          (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 3*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Portfolio Recovery**<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Portfolio Recovery**<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Portfolio Recovery**<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Portfolio Recovery**<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Texas Health Pres. Plano**<br>P. O. Box 910812<br>Dallas, TX 75391 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Texas Radiology**<br>Cmre Financial Services Inc<br>3075 E Imperial Hwy Ste 200<br>Brea, CA 92821 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **U. S. Merchants Financial Group, Inc.**<br>8737 Wilshire Blvd<br>Beverly Hills, CA 90211 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Louis E. Martin, Jr.**                                    Case No. _____
                                                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 4*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **United Revenue Corp**<br>Attention:  Office Manager<br>204 Billings St. Suite 120<br>Arlington, TX 76010 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **United Revenue Corp**<br>Attention:  Office Manager<br>204 Billings St. Suite 120<br>Arlington, TX 76010 |
| **Martin, Colleen L.**<br>2340 Briar Ct.<br>Frisco, TX 75034 | **Wffnb/mattress Giant**<br>Cscl Dispute Team<br>Des Moines, IA 50306 |

| Fill in this information to identify your case: | |
|---|---|

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Louis** | **E.** | **Martin, Jr.** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | | |
| Case number (if known) | | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | **Consultant / Contract** | |
| **Employer's name** | **Montbriar, LLC** | |
| **Employer's address** | **4417 Hudson Bend Rd.**<br>Number  Street | Number  Street |
| | **Austin**   **TX**   **78734** | |
| | City   State   Zip Code | City   State   Zip Code |
| **How long employed there?** | _____ | _____ |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $0.00 | $0.00 |
| **3.** | Estimate and list monthly overtime pay. | 3. + $0.00 | $0.00 |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. $0.00 | $0.00 |

Debtor 1 **Louis**          **E.**          **Martin, Jr.**          Case number (if known) _____
         First Name          Middle Name          Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ........................................................➔ 4. | **$0.00** | **$0.00** |
| 5. | List all payroll deductions: | | |
| 5a. | Tax, Medicare, and Social Security deductions          5a. | **$0.00** | **$0.00** |
| 5b. | Mandatory contributions for retirement plans          5b. | **$0.00** | **$0.00** |
| 5c. | Voluntary contributions for retirement plans          5c. | **$0.00** | **$0.00** |
| 5d. | Required repayments of retirement fund loans          5d. | **$0.00** | **$0.00** |
| 5e. | Insurance          5e. | **$0.00** | **$0.00** |
| 5f. | Domestic support obligations          5f. | **$0.00** | **$0.00** |
| 5g. | Union dues          5g. | **$0.00** | **$0.00** |
| 5h. | Other deductions.   Specify: _____          5h. **+** | **$0.00** | **$0.00** |
| 6. | Add the payroll deductions.   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.          6. | **$0.00** | **$0.00** |
| 7. | Calculate total monthly take-home pay.   Subtract line 6 from line 4.          7. | **$0.00** | **$0.00** |
| 8. | List all other income regularly received: | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm          8a. | **$8,200.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. | Interest and dividends          8b. | **$0.00** | **$0.00** |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive          8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. | Unemployment compensation          8d. | **$0.00** | **$0.00** |
| 8e. | Social Security          8e. | **$0.00** | **$0.00** |
| 8f. | Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.   Specify: _____          8f. | **$0.00** | **$0.00** |
| 8g. | Pension or retirement income          8g. | **$0.00** | **$0.00** |
| 8h. | Other monthly income.   Specify: _____          8h. **+** | **$0.00** | **$0.00** |
| 9. | Add all other income.   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.          9. | **$8,200.00** | **$0.00** |
| 10. | Calculate monthly income.   Add line 7 + line 9.          10.   Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | **$8,200.00** + **$0.00** = | **$8,200.00** |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____          11.   **+**          **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**   The result is the combined monthly income.   Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.          12.   **$8,200.00**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.      **None.**
☐ Yes. Explain:

| Debtor 1 | **Louis** | **E.** | **Martin, Jr.** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

8a.  Attached Statement (Debtor 1)

### Consulting contract

**Gross Monthly Income:**                                                                                                    $10,000.00

| Expense | Category | Amount |
|---|---|---|
| Entertainment | | **$1,800.00** |

**Total Monthly Expenses**                                                                                                $1,800.00

**Net Monthly Income:**                                                                                                      $8,200.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Louis** | **E.** | **Martin, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number | | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
     ☐ No
     ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent...................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **20** | **Daughter** | ☐ No  ☒ Yes |
| **15** | **Son** | ☐ No  ☒ Yes |
| **9** | **Daughter** | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

Your expenses

| | | |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$2,288.00** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | **$800.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$700.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$180.00** |

Debtor 1  __Louis_____  __E._____  __Martin, Jr._____   Case number (if known) _____

   First Name          Middle Name          Last Name

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$400.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$120.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$420.00** |
| | 6d.  Other.  Specify: _____ | 6d. | _____ |
| 7. | **Food and housekeeping supplies** | 7. | **$1,350.00** |
| 8. | **Childcare and children's education costs** | 8. | **$250.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$150.00** |
| 10. | **Personal care products and services** | 10. | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | **$100.00** |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$450.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$200.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$100.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | **$167.00** |
| | 15b.  Health insurance | 15b. | _____ |
| | 15c.  Vehicle insurance | 15c. | **$600.00** |
| | 15d.  Other insurance.  Specify: _____ | 15d. | _____ |
| 16. | **Taxes.**  Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | _____ |
| | 17b.  Car payments for Vehicle 2 | 17b. | _____ |
| | 17c.  Other.  Specify: _____ | 17c. | _____ |
| | 17d.  Other.  Specify: _____ | 17d. | _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.  Mortgages on other property | 20a. | _____ |
| | 20b.  Real estate taxes | 20b. | _____ |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | _____ |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | _____ |
| | 20e.  Homeowner's association or condominium dues | 20e. | _____ |

| Debtor 1 | **Louis** | **E.** | **Martin, Jr.** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**21. Other.**  Specify: _____      21. **+** _____

**22. Your monthly expenses.**    Add lines 4 through 21.
The result is your monthly expenses.                      22.    **$8,375.00**

**23. Calculate your monthly net income.**

23a.    Copy line 12 (your combined monthly income) from Schedule I.      23a.    **$8,200.00**

23b.    Copy your monthly expenses from line 22 above.      23b. **−** **$8,375.00**

23c.    Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                      23c.    **($175.00)**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re  **Louis E. Martin, Jr.**                                            Case No.

                                                                        Chapter    **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $428,655.00 | | |
| B - Personal Property | Yes | 9 | $55,519.00 | | |
| C - Property Claimed as Exempt | Yes | 6 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $343,171.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $1,294,138.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $8,200.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $8,375.00 |
| TOTAL | | 35 | $484,174.00 | $1,637,309.12 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re  **Louis E. Martin, Jr.**                                             Case No.

                                                                            Chapter     **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Louis E. Martin, Jr.**                                        Case No. _____

                                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**37**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **6/18/2015**_____          Signature  _**/s/ Louis E. Martin, Jr.**_____

                                                                                                    **Louis E. Martin, Jr.**

Date _____          Signature _____

                                                                [If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In re:  **Louis E. Martin, Jr.**                                    Case No.  _____

                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None

☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $42,500 | 2015 YTD: Consulting |
| $55,864 | 2014: Consulting |
| $101,015 | 2013: Consulting |

---

None

☐

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $8,500 | 2015: Sale of ring $3500; sale of car $5,000 |
| $500 | 2014:  Sale of personal items $500; gaming winnings of $23, 180 more than offset by losings. |
| $61, 317 | 2013:  Sale of stock $61,317;  gaming winnings $36,665 (more than offset by gaming losses) |

---

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None

☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☐

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| J.S.C.A, Inc. 901 S. W. Martin Downs ??? Palm City, FL 34990 | Monthly | $2,288 / month | $341,171.00 |

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

In re:    **Louis E. Martin, Jr.**                                      Case No. _____

                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None ☐

c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Exhibit SofA #3c** | | | |

---

None ☐

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Merchants v. Louis Martin, Jr.** | **Declarathiohn of alter ego** | **Civ. App. Dallas** | **Judgment affirmed against debtor.** |

---

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

## 6. Assignments and receiverships

a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐

## 7. Gifts

List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Tammy Cercena** | **Cousin** | **2/15/15** | **$1,000** |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re:  **Louis E. Martin, Jr.**                                        Case No.  _____

                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None
☐

### 8. Losses

List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| $6,000 Gambling Losses | Gambling losses in Las Vegas | 12/12/14 $1,000 12/15/14 $1,000 1/15/15  $1,000 1/15/15 $3,000 |

---

None
☐

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Lusky & Associates, P.C. 12720 Hillcrest Rd., Ste. 270 Dallas, TX 75230 | 5/18/2015 | $3,500.00 |

---

None
☐

### 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| See Attached SofA Exhibit 10a | | |

---

None
☑

b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

None
☑

### 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

In re:  **Louis E. Martin, Jr.**                                  Case No.  _____
                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None ☑
### 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

---

None ☐
### 15. Prior address of debtor

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **6417 Hampton Court**<br>**The Colony, TX** | **Louis Martin, Jr.** | **8/09 - 7/10** |
| **4821 Normandy**<br>**Frisco, TX 75034** | **Louise & Colleen Martin** | **7/10 - 3/14** |
| **2340 Briar Ct.**<br>**Frisco, TX 75034** | **Louis and Colleen Martin** | **3/14 - present** |

---

None ☑
### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑
a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑
b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:  **Louis E. Martin, Jr.**                                                     Case No.  _____
                                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
Continuation Sheet No. 4

---

None
☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None
☐  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Proof-up Int., Inc**<br>**901 SW Martin Downs Blvd.**<br>**Palm City, FL 34990** | **Sales and Consulting Retail** | **1/1/2010 - 9/23/2011** |
| **Prozlare, Inc.**<br>**901 SW Martin Downs Blvd.**<br>**Palm City, FL 34990**<br>**201083851** | **Salse of a specified flare called proflare to wholesale retain channels** | **5/5/2004 - 3/5/2007** |
| **Total Flare, Inc.**<br>**901 SW Martin Downs Blvd.**<br>**Palm City, FL 34990**<br>**20857  7696** | **Develop, patent and market LED flare named TotalFlare - wholesale** | **3/5/2007 - 2012 (administratively dissolved 9/26/2014)** |
| **The Kings Court Solutions, Inc.**<br>**901 SW Martin Downs Blvd.**<br>**Palm City, FL 34990** | **Retail consulting business** | **3/10/2015 - present** |
| **SafeFlare Development, Inc.**<br>**4821 Normandy Dr.**<br>**Frisco, TX 75034**<br>**45-4613036** | **Sales of patented LED Flares - Wholesale/Retail** | **2/23/2012 - 9/26/2014** |

---

None
☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:   **Louis E. Martin, Jr.**                                               Case No.   _____
                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Clark & Assoc.**<br>**901 SW Martin Downs Blvd.**<br>**Palm City, FL 34990** | **2004 - present** |

None ☑  b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Charles Clark**<br>**901 SW Martin Downs Blvd.**<br>**Palm City, FL 34990** | |
| **Debtor**<br>**2340 Briar Ct.**<br>**Frisco, TX 75034** | |

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **U. S. Merchants Financial Group, Inc.**<br>**8737 Wilshire Blvd**<br>**Beverly Hills, CA 90211** | **"Net Worth Affidavit"**<br>**4/2013**<br>**approximately** |

## 20. Inventories

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:  **Louis E. Martin, Jr.**                                        Case No. _____
                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

**None**
☑   **21. Current Partners, Officers, Directors and Shareholders**

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

**None**
☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**None**
☑   **22. Former partners, officers, directors and shareholders**

a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

**None**
☑   b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

**None**
☑   **23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

**None**
☑   **24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

**None**
☑   **25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **6/18/2015**_____              Signature _____**/s/ Louis E. Martin, Jr.**_____
                                                                                        of Debtor      ___**Louis E. Martin, Jr.**___

Date _____              Signature _____
                                                                                        of Joint Debtor
                                                                                        (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**Scanned Document #2**

## STATEMENT OF AFFAIRS 3c

## Martin -- Payments to Insiders

| | | | |
|---|---|---|---|
| Colleen | Wife | 6/6/2014 | $5,000 |
| Colleen | wife | 6/11/2014 | $300 |
| Colleen | Wife | 7/11/2014 | $1,080 |
| Colleen | Wife | 8/4/2014 | $1,060 |
| Colleen | Wife | 9/2/2014 | $150 |
| Farren | Daughter | 9/2/2014 | $300 |
| Colleen | Wife | 10/1/2014 | $1,310 |
| Colleen | Wife | 10/15/2014 | $1,420 |
| Colleen | Wife | 10/31/2014 | $200 |
| Colleen | Wife | 11/5/2014 | $1,200 |
| Cheryl | Sister | 11/10/2014 | $300 |
| Colleen | Wife | 12/5/2014 | $565 |
| Louis | Son | 12/5/2014 | $200 |
| Louis | Son | 12/5/2014 | $300 |
| Colleen | Wife | 12/12/2014 | $363 |
| Colleen | Wife | 1/29/2015 | $150 |
| Tammy Cercen | Cousin | 1/30/2015 | $1,000 |
| Farren | Son | 2/9/2015 | $500 |
| Colleen | Wife | 2/10/2015 | $300 |

## STATEMENT OF AFFAIRS 10a
## Martin - Transfers

| Description | Date | Amount |
|---|---|---|
| Sold 4821 Normandy Dr, (house/homestead) to Dan Davis, no relation. Amount is sale price minus debt/commission | 3/2014 | $705,000 |
| 1985 Cadillac Eldorado, White – Sold on Ebay to a person in Atlanta (no relation) | 9/28/13 | $5000 |
| 1979 Merc 450SL, Red to Texas cars direct, no relation, Aprox: 7,000 don't remember | 12/13/13 | Trade-in |
| 2004 Jaguar XKR, Black Sold to Jeremy Monte, owner Montbriar | 10/15/14 | $12,000 |
| 2007 Linc MKX, Black do not remember value, Texas cars direct | 7/31/14 | Trade-in |
| 2006 Land Rover/Range Rover do not remember value Texas cars Direct – May have been titled debtor's or wife's name) | 10/31/13 | Trade-In |
| 2007 Merc SL 500 =Blue Texas cars Direct, do not remember value, | 2/28/14 | Trade-in |
| 1986 Merc 560SL , Black Auto wrecked transferred to State Farm Insurance total loss | 4/14 | |
| 1989 Merc 560SL, Red sold to Jeff Twitty | | $5,000 |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:   **Louis E. Martin, Jr.**                                      CASE NO

                                                                       CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>J.S.C.A, Inc.<br>901 S. W. Martin Downs Blvd.<br>Palm City, FL 34990 | **Describe Property Securing Debt:**<br>Homestead |

Property will be (check one):
- ☐ Surrendered       ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☑ Claimed as exempt       ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐       NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **6/18/2015**                                  Signature   **/s/ Louis E. Martin, Jr.**
                                                                 *Louis E. Martin, Jr.*

Date _____                Signature _____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Louis E. Martin, Jr.**

CASE NO

CHAPTER   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$3,500.00** |
| Prior to the filing of this statement I have received: | **$3,500.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **All contested matters specifically including but not limited to adversary proceedings.**

   **All post discharge matters except for notification of creditors of a discharge violation.**

---

CERTIFICATION
     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| _____**6/18/2015**_____ | **/s/ Herman A. Lusky** |
| *Date* | *Herman A. Lusky*                                    Bar No.  12702000 |
| | Lusky & Associates, P.C. |
| | 12720 Hillcrest Rd., Ste. 270 |
| | Dallas, TX 75230 |
| | Phone: (972) 386-3900 / Fax: (800) 208-6389 |

---

__**/s/ Louis E. Martin, Jr.**_____
*Louis E. Martin, Jr.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:    **Louis E. Martin, Jr.**                                          CASE NO

                                                                            CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   6/18/2015 _____       Signature   /s/ Louis E. Martin, Jr. _____
                                                                    **Louis E. Martin, Jr.**

Date _____       Signature _____

Ameripath
P. O. Box 830913
Birmingham, AL 35282

IRS - District Director
SPB Mail Code 5020DAL
1100 Commerce St.
Dallas, TX 75242

Ncofin/sst
4315 Pickett Rd
Saint Joseph, MO 64503

Baylor Centralized Business Ser
2001 Bryan St., #2600
Dallas, TX 75201

J.S.C.A, Inc.
901 S. W. Martin Downs Blvd.
Palm City, FL 34990

Pinnacle Partners in Medicine
P. O. Box 830913
Birmingham, AL 35283

Baylor Med Center @ Frisco
5601 Warren Pkwy.
Frisco, TX 75034

LHR Inc
56 Main Street
Hamburg, NY 14075

Portfolio Recovery
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541

Citibank/The Home Depot
Citicorp Credit Srvs/Centralize
PO Box 790040
Saint Louis, MO 63179

Linebarger, Goggan, et al
2323 Bryan St., STe. 1720
Dallas, TX 75201-2644

Texas Attorney General
Collections Div./Bankruptcy Sec
P. O. Box 12548
Austin, TX 78711-2548

COSERV c/o Crd Prt Asso
Attn: Bankruptcy
PO Box 802068
Dallas, TX 75380

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603

Texas Employment Commission
TEC Bldg - Bankruptcy
101 E. 15th St.
Austin, TX 78711-3528

Dunn & Sheehan, LLP
3400 Carlisle St., #200
Dallas, TX 75204

Lynn Tillotson Pinker Cox, LLP
2100 Ross Ave., Ste. 2700
Dallas, TX 75201

Texas Health Pres. Plano
P. O. Box 910812
Dallas, TX 75391

Ford Motor Credit Corporation
Ford Motor Credit
PO Box 6275
Dearborn, MI 48121

Merrick Bk
Attn: Bankruptcy
P.O. Box 9201
Old Bethpage, NY 11804

Texas Radiology
Cmre Financial Services Inc
3075 E Imperial Hwy Ste 200
Brea, CA 92821

Frisco, City of
Fire Department
555 Pleasantville Rd., Ste. 110
Briarcliff Manor, NY 10510

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Texas State Comptroller
Revenue Accounting Dif./Bankrup
P. O. Box 13528
Austin, TX 78711-3528

Internal Revenue Service
Special Procedures - Insolvency
P. O. Box 21126
Philadelphia, PA 19114

Millennium Financial G
5770 Nw Expressway Ste 1
Warr Acres, OK 73132

U. S. Attorney General
United States Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

U. S. Merchants Financial Group
8737 Wilshire Blvd
Beverly Hills, CA 90211


U.S. Atty. (Tyler)
110 N. College St.,  Ste. 700
Tyler, TX 75702


United Revenue Corp
Attention:  Office Manager
204 Billings St. Suite 120
Arlington, TX 76010


United States Trustee (Tyler)
Tim O'Neal, Asst. U.S. Trustee
110 N. College Ave., Ste. 300
Tyler, TX 75702


Wffnb/mattress Giant
Cscl Dispute Team
Des Moines, IA 50306

| Fill in this information to identify your case: | |
| --- | --- |

Debtor 1    **Louis**    **E.**    **Martin, Jr.**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 22A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/14

**File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

### Part 1:   Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the Voluntary Petition (Official Form 1).

   ☑ No. Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ☐ Yes. Go to Part 2.

### Part 2:   Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☐ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No. Go to line 3.

        ☐ Yes. Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No. Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

        ☐ No. Complete Form 22A-1. Do not submit this supplement.

        ☐ Yes. Check any one of the following categories that applies:

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

            ☐ **I am performing a homeland defense activity for at least 90 days.**

            ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.

<table>
<tr><td>

**Fill in this information to identify your case:**

| Debtor 1 | **Louis** | **E.** | **Martin, Jr.** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known) _____

</td><td>

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

Official Form 22A-1

# Chapter 7 Statement of Your Current Monthly Income               12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file the Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 22A-1Supp) with this form.

## Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

Debtor 1    **Louis**                  **E.**                    **Martin, Jr.**                    Case number (if known) _____
        First Name          Middle Name        Last Name

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5.** **Net income from operating a business, profession, or farm**

    Gross receipts (before all deductions)        _____

    Ordinary and necessary operating expenses    − _____

    Net monthly income from a business, profession, or farm  _____ **Copy here** ➔ _____   _____

**6.** **Net income from rental and other real property**

    Gross receipts (before all deductions)        _____

    Ordinary and necessary operating expenses    − _____

    Net monthly income from rental or other real property  _____ **Copy here** ➔ _____   _____

**7.** **Interest, dividends, and royalties**                        _____   _____

**8.** **Unemployment compensation**                        _____   _____

    Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................↓

       For you...................................................................................... _____

       For your spouse........................................................................ _____

**9.** **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.    _____   _____

**10.** **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

    10a. _____  _____   _____

    10b. _____  _____   _____

    10c. Total amounts from separate pages, if any.  + _____  + _____

**11.** **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.  [ _____ ] + [ _____ ] = [ _____ ]

                                                                     **Total current monthly income**

---

**Part 2:**   **Determine Whether the Means Test Applies to You**

**12.** **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11.......................................................**Copy line 11 here** ➔ 12a. [ _____ ]

          Multiply by 12 (the number of months in a year).                     **X   12**

    12b. The result is your annual income for this part of the form.       12b. [ _____ ]

| Debtor 1 | Louis | E. | Martin, Jr. | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**13.  Calculate the median family income that applies to you.**  Follow these steps:

Fill in the state in which you live.

Fill in the number of people in your household.

Fill in the median family income for your state and size of household............................................................  13.

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**14.  How do the lines compare?**

14a. ☐  Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐  Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
Go to Part 3 and fill out Form 22A-2.

## Part 3:   Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X   /s/ Louis E. Martin, Jr.                                   X _____
**Louis E. Martin, Jr.**                                          Signature of Debtor 2

Date   **6/18/2015**                                            Date _____
    MM / DD / YYYY                                                   MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.