Form B 250A (12/09)

# United States Bankruptcy Court
## _____ District Of _____

In re  William Gary Stapleton ,
      Debtor

Case No. 14-42478

Chapter 7

Starfish Investments, LP
      Plaintiff

v.

William Gary Stapleton
      Defendant

Adv. Proc. No. 15-4048

### SUMMONS IN AN ADVERSARY PROCEEDING — WILLIAM GARY STAPLETON

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:  660 North Central Expressway
Suite 300B
Plano, TX  75074

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Jonathan S. Covin
Wick Phillips Gould & Martin, LLP
3131 McKinney Ave., Ste. 100, Dallas, TX  75204

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



/S/ Jeanne Henderson

Date: 06/12/2015

## CERTIFICATE OF SERVICE

I, __Jonathan Covin__ (name), certify that service of this summons and a copy of the complaint was made __on June 17, 2015__ (date) by: Electronic mail.

           Counsel for the debtor, John Paul Stanford, agreed to accept service by electronic mail.

☒    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
      William Gary Stapleton
      1161 Stacy Road
      Fairview, TX 75089
      on June 18, 2015

☐    Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __6/18/15__      Signature __Jonathan Covin__

        Print Name :    __Jonathan Covin__

        Business Address:    __3131 McKinney Avenue, Suite 100__

                               __Dallas, TX 75204__