Form reqobar

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Sherman (Plano)
Suite 300B
660 North Central Expressway
Plano, TX 75074

| | |
|---|---|
| In Re: Louis E. Martin, Jr. Debtor | Bankruptcy Case No.: 15−41103 Chapter: 7 |

**ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIMS COMBINED WITH NOTICE THEREOF**

TO THE CREDITORS OF THE ABOVE−NAMED DEBTOR:

Notice having been previously given that creditors of the above−named debtor(s) were not required to file proofs of claims and it now appearing that a possible dividend may be declared for creditors at a later date, it is

ORDERED AND NOTICE IS HEREBY GIVEN THAT 12/14/15
is hereby fixed as the last date for the filing of proofs of claim by any creditor of the above−named debtor(s) who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. Creditors must file a claim, whether or not they are included in the list of creditors filed by the debtor(s), no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed in the office of the undersigned Clerk on the official form prescribed for proofs of claim ("Official Form B 10"), a copy of which can be obtained at the United States Courts Web site: http://www.txeb.uscourts.gov/bkforms.html or at any bankruptcy clerk's office.

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the filing of the final report of the trustee, applications for compensation and the proposed distributions which may include a possible dividend to creditors.

Proof of Claim Deadline for Governmental Units is **3/14/16**.

Dated: 9/14/15

Jeanne Henderson, Clerk
U.S. Bankruptcy Court

MAIL ORIGINAL PROOFS OF CLAIM TO:

Suite 300B
660 North Central Expressway
Plano, TX 75074

*** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE. CLAIMANTS ARE STRONGLY ENCOURAGED TO USE THE CLAIM FORM LOCATED AT http://www.txeb.uscourts.gov/bkforms.html OR AT ANY BANKRUPTCY CLERK'S OFFICE.

Louis E. Martin Jr.

15−41103

United States Bankruptcy Court
Eastern District of Texas

In re:                                                                                      Case No. 15-41103-btr
Louis E. Martin, Jr.                                                                        Chapter 7
          Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0540-4           User: carterl              Page 1 of 2                  Date Rcvd: Sep 14, 2015
                               Form ID: 895               Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2015.
db            +Louis E. Martin, Jr.,    2340 Briar Ct.,    Frisco, TX 75034-6912
6957017       +Ameripath,    P. O. Box 830913,    Birmingham, AL 35282-0001
6957018       +Baylor Centralized Business Serv.,    2001 Bryan St., #2600,    Dallas, TX 75201-3065
6957019       +Baylor Med Center @ Frisco,    5601 Warren Pkwy.,    Frisco, TX 75034-4069
6957020       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
               Saint Louis, MO 63179-0040
6957022       +Dunn & Sheehan, LLP,    3400 Carlisle St., #200,    Dallas, TX 75204-1271
6957024       +Frisco, City of,    Fire Department,    555 Pleasantville Rd., Ste. 110, N. Bldg,
               Briarcliff Manor, NY 10510-1955
6957027       +J.S.C.A, Inc.,    901 S. W. Martin Downs Blvd.,    Palm City, FL 34990-2851
6957028       +LHR Inc,    56 Main Street,    Hamburg, NY 14075-4905
6957031       +Lynn Tillotson Pinker Cox, LLP,    2100 Ross Ave., Ste. 2700,    Dallas, TX 75201-7919
6957035       +Ncofin/sst,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
6957036       +Pinnacle Partners in Medicine,    P. O. Box 830913,    Birmingham, AL 35283-0913
6957038        Texas Attorney General,    Collections Div./Bankruptcy Sec.,    P. O. Box 12548,
               Austin, TX 78711-2548
6957040       +Texas Health Pres. Plano,    P. O. Box 910812,    Dallas, TX 75391-0812
6957041       +Texas Radiology,    Cmre Financial Services Inc,    3075 E Imperial Hwy Ste 200,
               Brea, CA 92821-6753
6957043        U. S. Attorney General,    United States Attorney General,    950 Pennsylvania Ave., NW,
               Washington, DC 20530-0001
6957044       +U. S. Merchants Financial Group, Inc.,    8737 Wilshire Blvd,    Beverly Hills, CA 90211-2701
6957045       +U.S. Atty. (Tyler),    110 N. College St.,   Ste. 700,    Tyler, TX 75702-7237
6957046       +United Revenue Corp,    Attention: Office Manager,    204 Billings St. Suite 120,
               Arlington, TX 76010-2495

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             EDI: QMHCHOW.COM Sep 15 2015 01:38:00      Michelle Chow,    PO Box 601389,
               Dallas, TX  75360-1389
6957021       +EDI: CREDPROT.COM Sep 15 2015 01:38:00      COSERV c/o Crd Prt Asso,    Attn: Bankruptcy,
               PO Box 802068,    Dallas, TX 75380-2068
6957023        EDI: FORD.COM Sep 15 2015 01:38:00      Ford Motor Credit Corporation,    Ford Motor Credit,
               PO Box 6275,    Dearborn, MI 48121
6957026        EDI: IRS.COM Sep 15 2015 01:38:00       IRS - District Director,    SPB Mail Code 5020DAL,
               1100 Commerce St.,    Dallas, TX 75242
6988990        EDI: RESURGENT.COM Sep 15 2015 01:38:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Arrow Financial Services,,    LLC,   Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
6957029       +E-mail/Text: dallas.bankruptcy@LGBS.com Sep 15 2015 01:45:34       Linebarger, Goggan, et al,
               2323 Bryan St., STe. 1720,    Dallas, TX 75201-2603
6957030       +EDI: RESURGENT.COM Sep 15 2015 01:38:00      Lvnv Funding Llc,    Po Box 10497,
               Greenville, SC 29603-0497
6957032       +EDI: MERRICKBANK.COM Sep 15 2015 01:38:00      Merrick Bk,   Attn: Bankruptcy,    P.O. Box 9201,
               Old Bethpage, NY 11804-9001
6957033       +EDI: MID8.COM Sep 15 2015 01:38:00      Midland Funding,    8875 Aero Dr Ste 200,
               San Diego, CA 92123-2255
6957034       +E-mail/Text: bankruptcy@mfgokc.com Sep 15 2015 01:44:03       Millennium Financial G,
               5770 Nw Expressway Ste 1,    Warr Acres, OK 73132-5238
6957037        EDI: PRA.COM Sep 15 2015 01:38:00      Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,
               Norfolk, VA 23541
6957042        E-mail/Text: pacer@cpa.state.tx.us Sep 15 2015 01:45:48       Texas State Comptroller,
               Revenue Accounting Dif./Bankruptcy,    P. O. Box 13528,    Austin, TX 78711-3528
6957039       +E-mail/Text: ridpacer@twc.state.tx.us Sep 15 2015 01:45:50       Texas Employment Commission,
               TEC Bldg - Bankruptcy,    101 E. 15th St.,   Austin, TX 78778-0001
6957047       +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Sep 15 2015 01:45:26
               United States Trustee (Tyler),    Tim O'Neal, Asst. U.S. Trustee,
               110 N. College Ave., Ste. 300,    Tyler, TX 75702-7231
6957048        EDI: WFFC.COM Sep 15 2015 01:38:00      Wffnb/mattress Giant,    Cscl Dispute Team,
               Des Moines, IA 50306
                                                                                               TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +U.S. Merchants Financial Group, Inc.,    8737 Wilshire Blvd.,    Beverly Hills, CA 90211-2701
6957025*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Special Procedures - Insolvency,
               P. O. Box 21126,    Philadelphia, PA 19114)
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0540-4          User: carterl              Page 2 of 2              Date Rcvd: Sep 14, 2015
                              Form ID: 895               Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2015 at the address(es) listed below:
              Benjamin H. Price    on behalf of Creditor    U.S. Merchants Financial Group, Inc.
               bprice@exallwood.com, benjamin.henry.price@gmail.com
              Herman A. Lusky    on behalf of Debtor Louis E. Martin, Jr. mail@lusky.com,
               ecfplano@lusky.com;OnlyECF@gmail.com
              Mark I. Agee    on behalf of Trustee Michelle    Chow Mark@DallasBankruptcyLawyer.com,
               ageeecf@gmail.com
              Michelle    Chow    chowtrustee@swbell.net, mchow@ecf.epiqsystems.com
              US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                    TOTAL: 5
```